FILED
2020 Mar-18 PM 02:48
U.S. DISTRICT COURT
N.D. OF ALABAMA

Pro Se 14 (Rev. 10/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF ALABAMA

JUSTYN DEVONTERRIOUS JONES
*Plaintiff*
*(Write your full name. No more than one plaintiff may be named in a complaint.)*

-v-

Case No.: 5:20-CV-372-MHH-JEO
*(to be filled in by the Clerk's Office)*

WARDEN III DEBRAH TONEY
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all of the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here. Your complaint may be brought in this court only if one or more of the named defendants is located within this district.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis*.

Mail the original complaint and the filing fee of $400.00 or an Application to Proceed *In Forma Pauperis* to the Clerk of the United States District Court for the Northern District of Alabama, Room 140, Hugo L. Black U.S. Courthouse, 1729 5th Avenue North, Birmingham, Alabama 35203-2195.

I. **The Parties to this Complaint**

   A. **The Plaintiff**

      Provide the information below for the plaintiff named in the complaint.

      Name: Justin Devonterrious Jones

      All other names by which you have been known: _____

      ID Number: 297490

      Current Institution: Limestone Correctional Facility

      Address: 28779 Nick Davis Rd.  Harvest  AL  35749
                                          City      State  Zip Code

   B. **The Defendant**

      Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

      Defendant No. 1

      Name: DEBRAH TONY / DeBra Tony

      Job or Title *(if known)*: WARDEN III

      Shield Number: _____

      Employer: Limestone Correctional Facility

      Address: 28779 Nick Davis Rd.  Harvest  AL  35749
                                          City      State  Zip Code

      ☐ Individual Capacity    ☑ Official Capacity

      Defendant No. 2

      Name: DEANTE R. CLEMONS

      Job or Title *(if known)*: Correctional officer

      Shield Number: _____

      Employer: Limestone Correctional Facility

      Address: 28779 Nick Davis Rd.  Harvest  AL  35749
                                          City      State  Zip Code

      ☑ Individual Capacity    ☐ Official Capacity

Defendant No. 3

    Name _____

    Job or Title *(if known)*_____

    Shield Number _____

    Employer _____

    Address _____

             *City*                  *State*    *Zip Code*

    ☐ Individual Capacity    ☐ Official Capacity

Defendant No. 4

    Name _____

    Job or Title *(if known)*_____

    Shield Number _____

    Employer _____

    Address _____

             *City*                  *State*    *Zip Code*

    ☐ Individual Capacity    ☐ Official Capacity

**II.**   **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities, secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment 8 Bill - punishment [nor Cruel and unusual punishments Inflicted.]

C. Plaintiffs suing under *Bivens* may only recover for violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

WARDEN Debra Tony is Head Warden over Limestone C.F. and is liable for her Correctional officers and Correctional officer Donale L. Clemons was the officer that came inside my cell and Assaulted me.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial Detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)*: _____

IV. **State of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed. Please see Attached Papers!!

Justin D. Jones #217490/C-12
28779 Nick Davis Rd.
Harvest, AL 35749

STATE OF CLAIM   PAGE 4 OF 14

On March 9, 2020 Round 3:00 p.m. and 3:30 p.m. I was In cell C-12 with my Room mate witness Reginad Powell AIS#267866 And C.O. A. Isom Came Around passing out trays at Diner time. So he Gives me A Wellness Diet tray (2400) and I tell him I Got Paperwork showing that I Am Not A Diabetic, that he Gave me the Wrong tray and that I Suppose to get A Enhanced Calorie/protein tray (3000), so C.O. A. Isom Acts like he Does not hear me And I Ask to talk to A Super Visor, he Acts like he Calling the Super Visor on Radio and Keep Passing out trays, when Gets threw Passing out trays on Bottom tier on A-Side thats when he Goes to B-Side. So I see C.O. DEANTE R. CLEMONS and Inform him About the Same Problem, And Also Ask him Can I talk to A Super Visor, which he tells me its not A thing he Can Do About it I am Just Stuck with tray. so I see C.O. Clemons walking Around passing A Cig. Lighter out In S.E.G. which he is Breaking protocol and not Suppose to be Doing, anyways. when he gets to my cell I Asked him to see lighter and he Gives lighter to me, And once he Gives lighter to me I tell him I am not Giving lighter Back, the only way I am Giving lighter Back is if he Contact Super Visor and I will put lighter in his hand or Bring me my proper Tray So I can eat Diner. So he stated Back if you Don't Give me my lighter Back I am Going to Come Inside the cell and whoop your A$$! So I tell him I am Not Coming off that lighter Into he Gets Super Visor or Bring food, So he tells my Room mate to Cuff up and Took him out of the room, By his Self without another officer Being present and without handcuffing me Inmate Jones up and took Room mate out of cell and locked my Room Mate Inside of A room Across from cell, And he Came Back and opened my

Door, once Again without putting Handcuffs on me and without having another officer present At the time All this took place, C.O. Deunte L. Clemons. And Soon As officer Clemons entered Cell he Instantly Punched me In the face, Bussing my Right Eye Brow And kept punching me In the face Numerious of times and Assaulting me, Which I had to Grab C.O. Clemons and Put him In a headlock to Stop the Vicous attack he was Bringing upon me. And once he Came Back to his State of mind, he Asked me was I am ok And to help him look for his ADOC Hat he lost Inside of cell While Assaulting me Inside Cell C-12. And while he was looking for Hat he went to the Back of cell To find Hat, which was under Bottom Rack And thats when I Ran out of Cell/scared for my life And Ran to Shower Area Because it was So much Blood Coming from my face Area, Which I did not no Exactly where it was Coming from. And while I was Shower trying to Clean off Blood Officer A. Isom Came over from B-side And Came to Shower Area and Checked on me and told me that I had to open Wombs on my face it looks like And that I might need Stitches I the womb by my Right Eye Brow! So about 30 mins to A Hour later while I was Inside Shower trying to Stop Bleeding C.O. Bates and H. Lindsey, Came and Got me out Shower and told me they was about to take me to Health Care for medical Attention and to Get A Body Chart and take Pitcures And Get my Statement, And while I was Inside Health Care Officer B. Baxter was the officer that Took pictures of me Inside Health Care. Then 2 White Female Nurses was the Nurse that fixed me and Give me Medication and Did Body Chart. Then They Took me Back to Seg. Cell C-12. Once I Got Back Roommate was Inside of cell and he Stated that C.O. Clemons paid him (2 Items, A pack of Cookies and A Blueberry Danish) to Clean up Blood, Because Blood was everywhere, floor, Walls, Clothes, Sheets and Etc... Due to my Head Inchury and other Cuts and Stuff. And C.O. Clemons Also Came Back to cell Trying to Bribe me and Roommate

telling us he will pay us to come up with A story, that we was fighting In cell, then he said let just say I fell and Bust my head, when my lip was Busted and I had cuts and Scratches All over my Body, From the unseccerny force officer Clemons used. So I told him aint no why I am About to lie About him Assaulting me. I Got my story Correct the truth and I Already wrote A statement Inside Health Care, So he need to leave my Cell door and come up with his story, which officer A. Isom and officer Bates was working C-Dorm and might Can Verify that C.O. Clemons come Back to my Cell trying to talk to me After Incident. And once I told him that he left my Cell and never Came Back, once I stated to him that I was not About To lie for him and that I am Going to tell everything Exactly How It Happened that Day and time. March 9, 2020 Round 3:00 p.m. and 3:30 p.m. And All this took place at Limestone C.F. S.E.G. Cell C-12 Inside of C-Dorm! And After I Gave A written statement In Health Care About Incident, officer Clemons was not removed from Dorm and was still Round me trying to Bribe me and Room-mate!! And this is my my Second Statement from the statement I wrote In Health Care!!!

Signed: March 16, 2020

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.
Limestone Correctional Facility - Segregation Cell - C-Dorm - Cell C-12
March 9, 2020 - Round 3:00 p.m. and 3:30 p.m. / 28779 Nick Davis Rd. Harvest, Al
35749

C. What date and approximate time did the events giving rise to your claim(s) occur?
March 9, 2020 - Round 3:00 p.m. and 3:30 p.m.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
I was Assaulted by officer Qwate N. Clemons, My Room mate was present at Beginning and end (Reginad Powell AIS #262946) the Officers that was working E-dorm was
Please See Attached Page...

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries in detail.
About a 2 or 3 inch knot on my forehead on right side of eye Brow, Busted Bottom lip, cuts and bruises on my leg and ankle area, and bruises on face and knots And Swelling.

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.
Criminal Charges Against the Officer that Assaulted, Immediate transfer from prison and the sum of $150,000.00 Due to Pain and Suffering and Injurys that Occured, And lack of Security And the Cruel and unusual punishments Inflicted. And All Incidents and Disciplinary Reports Due to Incident by Officer Expunged from my file.!

_____

_____

Justin V. Jones AIS# 297490/C-12
Limestone C.F.
28779 Nick Davis Road
Harvest, AL 35749

PAGE 5 of 14

## D.

Attached pages to page 5 of 14, Section D. What are the facts underlying your claim(s)? (For example: what happened to you? Who did what? Was anyone else Involved? Who else saw what happened?)

Officer J. Bates was working the Cube Inside C-Dorm and officer A. Ison was working the floor of March 9, 2020 with officer Deante L. Clemons the officer that Ran Inside my Cell and Assaulted me. Officer J. Bates and M. Lindsey was the officer that Came And Got me out of Shower and took me to Health Care. But officer A. Ison was the officer that Came and Checked on me while I was Inside Shower After officer Deante L. Clemons Assaulted me. And when I went to Health Care officer B. Baxter was the officer that took pictures of me Before the Nurses Did medical Attention on my forehead and It was 2 white females that did the medical Attention, Which I do not no they Names, And I Can not remember what Nurse did the Body Chart at the time!!!

Justin Jones
Dated: March 16, 2020

_____
_____
_____
_____
_____
_____

**VII.  Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Limestone Correctional Facility - 28779 Nick Davis Rd., Harvest, AL 35749

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☑ No

☐ Don't know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Don't know

Page 6 of 14

If yes, which claims(s)?

_____

_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

   _____

2. What did you claim in your grievance?

   _____

3. What was the result, if any?

   _____

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   I wrote A Inmate Request Slip on March 9, 2020. Asking Can I Please Get A Prison Grievance form. The Respond Was by Some LT ("There is no prison grievance form. Write on A Piece of Paper.

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

   I Informed Numerious of Correctional officers, wrote A letter to Segregation Captain Langford and WARDEN Robinson (Sr. Warden) and Capt. Langford did come around 3-13-2020 Restritive Housing Unit And Asked that the officer LAGH Write up!!!

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies:

   And I Also wrote Director Investigations & Intelligence Division A letter 3-10-2020, Informing them About The Incident." And I Do Have Inmate Request Slip In my Possession, with LT. Saying there is no

   (Note: You may attach as exhibits to this complaint any documents related to the Prison Grievance exhaustion of your administrative remedies.) It is March 16, 2020, And Have Form!!! Not Heard Anything Back!!

VIII. **Previous Lawsuits**

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had any cases dismissed based on grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted?

☐ Yes

☑ No

If yes, state which court dismissed your case(s), when this occurred, and attach a copy of the order(s) if possible.

___

___

___

_____

_____

_____

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☑ Yes

☐ No

B. If your answer to "A" is "Yes," describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit:
   Plaintiff(s) Justin Devonterrious Sones #297490
   Defendant(s) WARDEN II Cynthia Stewart

2. Court *(if federal court, name the district; if state court, name the county and State)*:
   In The United States District Court for the Southern District of Alabama Southern Division

3. Docket or index number:
   19-0276-TFM-N

4. Name of Judge assigned to your case:
   KATHERYNE P. NELSON - United States Magistrate Judge

5. Approximate date of filing lawsuit:
   Jun. 11, 2020

6. Is the case still pending?
   ☑ Yes
   ☐ No
   If no, give the approximate date of disposition: _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
   Case/Complaint had to be Amended, so it is still pending.

IX. **Certification and Closing**

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an

Justin Devonterrious Jones #297490/E-12
Limestone C.F.
28779 Nick Davis Rd.
Harvest, AL 35749

B. If your answer to "A" is "Yes," describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit:
   Plaintiff(s) <u>Justin Devonterrious Jones #297490</u>
   Defendant(s) <u>WARDEN VI Karla Jones</u>

2. Court (If federal Court, name the district; If State Court, name the County and State): <u>In the united states District Court for the Northern District of Alabama, Middle Division</u>

3. Docket or index number:
   <u>"Case No. 7:19-CV-00480-KOB-SGC"</u>

4. Name of Judge assigned to your case:
   <u>John E. OTT/Chief united States Magistrate Judge</u>

5. Approximate date of filing Lawsuit:
   <u>Aug.-2019</u>

6. Is the case still pending? <u>yes</u>

7. What was the Result of the Case? (for Example: Was the Case dismissed? Was Judgment entered in Your favor? Was the Case appealed?
   <u>Had to Amended Complaint So Complaint is still Pending!</u>

improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

Printed Name of Plaintiff: _Justin Devontorrious Jones_
Prison Identification Number: _297490_
Prison Address: _Limestone Correctional Facility_
_28779 Nick Davis Road_
_Harvest_       _AL_       _35749_
   City          State      Zip Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _March 16, 2020_       _[signature]_
                                    Signature of Plaintiff

Page **10** of **14**