# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN D. JONES, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 5:20-cv-00372-MHH-JHE |
| DEBRA TONEY, et al., | ) |
| Defendants. | ) |

## ORDER

In the report and recommendation that he entered on May 13, 2020, the magistrate judge recommended that the Court dismiss Mr. Jones's claims against Debra Toney without prejudice pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. (Doc. 8). The magistrate judge also recommended that the Court refer Mr. Jones's excessive force claim against Correctional Officer Clemons again to a magistrate judge for further proceedings. (*Id.* at 8). Mr. Jones filed requests for discovery after the report and recommendation was entered (Docs. 9 and 10), but he has not filed objection to the report and recommendation, and the time for doing so has passed.[1]

---

[1] The plaintiff addressed both of his requests for discovery solely to Officer Clemons. (*See* Docs. 9 and 10).

Having reviewed Mr. Jones's complaint and the report and recommendation, the Court adopts the magistrate judge's report and accepts his recommendation. Therefore, the Court dismisses without prejudice Mr. Jones's claims against Warden Debra Toney pursuant to 28 U.S.C. § 1915A(b). The Court refers Mr. Jones's excessive force claim against defendant Clemons to Judge England for further proceedings.[2]

**DONE** and **ORDERED** this August 5, 2020.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[2] Judge Ott has retired. Judge England now is the magistrate judge assigned to Mr. Jones's case.