# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JUSTIN D. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-00372-MHH-JHE |
| ) | |
| DEANTE CLEMMONS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION AND ORDER

The Magistrate Judge entered a report on January 7, 2022, in which he recommended that the Court treat the defendant's special report as a motion for summary judgment. (Doc. 51). The Magistrate Judge also recommended that the Court grant the motion as to Mr. Jones's retaliation claim and deny the motion as to Mr. Jones's excessive force claim. (Doc. 51). The Magistrate Judge recommended that the Court deny Mr. Jones's "Motion to Submit Evidence of Camera Footage", (Doc. 50), with respect to the defendant's summary judgment motion. (Doc. 51, p. 8, n. 6). The Magistrate Judge advised the parties of their right to submit specific written objections within 14 days. That time has expired, and the Court has not received objections.

Having reviewed the materials in the Court's electronic file, the Court adopts the Magistrate Judge's report and accepts his recommendation. The Court denies

Mr. Jones's "Motion to Submit Evidence on Camera Footage." (Doc. 50).[1] The Court grants Officer Clemons's summary judgment motion as to Mr. Jones's retaliation claim and denies Officer Clemons's motion as to Mr. Jones's excessive force claim.

The Court refers Mr. Jones's excessive force claim to the Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this February 28, 2022.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE

---

[1] At this stage of the proceedings, the Court does not reach the question of whether video evidence may be admissible at trial to the extent that the evidence bears on the credibility of witnesses.